UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                    v.                    Cr. No. 05-cr-241-04 & 08-JD

<u>Sothear Kim and Michael Ducharme</u>

<u>O R D E R</u>

The assented to motions to reschedule jury trial (document nos. 178 and 179) filed by defendants are granted.  Trial is continued as to all defendants unless an objection is filed by January 19, 2007.

Defendants shall file waivers of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motions.

SO ORDERED.


                              <u>/s/ Joseph A. DiClerico, Jr.</u>
                              Joseph A. DiClerico, Jr.
                              United States District Judge

Date:  January 17, 2007


cc:  Counsel of Record
     U.S. Marshal
     U.S. Probation