UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                     Criminal No. 05-cr-241-04-JD

<u>Sothear Kim</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 201) filed by defendant is granted. Trial is also continued as to co-defendant Virak Tin unless an objection is filed on or before June 18, 2007.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: June 15, 2007

cc:   Counsel of Record
      U.S. Marshal
      U.S. Probation